**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

KOSTOPOULOS RODRIGUEZ, PLLC,

     Plaintiff,

v.                                       Case No. 20-12191

GREEN DRYCLEAN L3, INC and
ARTHUR BUCKLAND,

     Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE
AND SCHEDULING A TELEPHONE CONFERENCE**

On November 17, 2020, the court conducted a telephone conference in the above-captioned matter. During the off-the-record conference, the parties agreed that continued litigation of the present matter hinges on the outcome of a related arbitration proceeding ("Buckland I") that is scheduled to occur in January 2021. Since the parties have mutually agreed to pause further litigation until after resolution of the arbitration proceeding, the court is satisfied that further court supervision is, at this point, unnecessary. The court will therefore administratively close this case until a ruling has been reached in the Buckland I arbitration. Accordingly,

IT IS ORDERED that the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** If, at any time, any party wishes to reopen this case it may file a "Notice of Reopening," whereupon the case will be immediately reopened, with all rights preserved as of the date of this order.

IT IS FURTHER ORDERED that counsel shall participate in a telephone

conference on **February 17, 2021, at 11:00 a.m.** The court will place the call.


s/Robert H. Cleland                          /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, November 18, 2020, by electronic and/or ordinary mail.


s/Lisa Wagner                                /
Case Manager and Deputy Clerk
(810) 292-6522


S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12191.KOSTOPULOS.AdminCloseArb.AAB.docx