# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

KOSTOPOULOS RODRIGUEZ, PLLC,

    Plaintiff,

v.                                                                                      Case No. 20-12191

GREEN DRYCLEAN L3, INC and
ARTHUR BUCKLAND,

    Defendants.
_____/

## ORDER OF DISMISSAL

On February 15, 2022, the court conducted a telephone conference in the above-captioned matter. The court having been advised that this litigation has been fully settled, on March 16, 2022, in the absence of any further filings by either party, this case will be deemed dismissed with prejudice. The parties are nonetheless invited to submit alternative closing documentation on or before March 15, 2022 if they so desire. Accordingly,

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice to the right of the parties to submit an alternate closing document on or before March 15, 2022. After March 15, 2022, this dismissal will be deemed WITH PREJUDICE.

                                                     s/Robert H. Cleland                            /
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated:  February 15, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 15, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                           /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12191.KOSTOPULOS.Dismissal.AAB.docx